# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

THOMAS M. BEITZ,

      Petitioner,

v.                                    CASE NO.  4:05cv87-RH/WCS

JAMES V. CROSBY,

      Respondent.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 9), to which no objections have been filed and with which petitioner has now agreed (document 10).  Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  This matter is hereby transferred to the United States District Court for the Southern District of Florida.  The clerk shall take all actions necessary to effect the transfer.

SO ORDERED this 7th day of June, 2005.

                                      s/Robert L. Hinkle_____
                                      Chief United States District Judge